UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JOHN HOBBY JOHNSON, | 94 Cr. 631 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Defendant's motion (Dkt. No. 517) by January 29, 2021.

Dated: New York, New York
       January 24, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge